■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR G. BARKLEY, Appellant. [764 NYS2d 216] —Appeal from a judgment of the County Court of St. Lawrence County (Nicandri, J.), rendered March 18, 2002, convicting defendant upon his plea of guilty of two counts of the crime of criminal sale of a controlled substance in the third degree.

Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Upon our review of the record, defense counsel's brief and defendant's pro se submis-

sion, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty to two counts of the crime of criminal sale of a controlled substance in the third degree, waived his right to appeal and was sentenced as a second felony offender in accordance with the negotiated plea agreement to concurrent prison terms of 4½ to 9 years. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Spain, Carpinello, Mugglin and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.